UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP JONES, | CASE NO. ED CV 15-2494-VAP (PJW) |
| Petitioner, | |
| v. | ORDER DISMISSING SECOND AND SUCCESSIVE HABEAS CORPUS PETITION |
| MR. FIGUEROA, WARDEN, | |
| Respondents. | |

Before the Court is Petitioner's third attempt to challenge his 1999 state conviction and sentence for bank robbery and false imprisonment with use of a firearm. In 2003, he filed a habeas corpus petition, which was denied because it was untimely. (*Jones v. Pliler*, ED CV 03-1540-RGK (MAN), September 2, 2004 Order Adopting Report and Recommendation of United States Magistrate Judge.) This constituted a decision on the merits. *See McNabb v. Yates*, 576 F.3d 1028, 1029-30 (9th Cir. 2009). Petitioner attempted to appeal the dismissal, but his request for a certificate of appealability was denied by this Court and the Ninth Circuit Court of Appeals.

In March 2011, he filed a new habeas petition, which was dismissed as an unauthorized second or successive petition. (*Jones v.*

1  *McDonald*, ED CV 11-477-VAP (MAN), March 31, 2011 Order.)  Petitioner
2  did not appeal that decision.
3       The current Petition is also subject to dismissal as being second
4  and successive.  *See* 28 U.S.C. § 2244.  Absent an order from the
5  appellate court, this Court does not have jurisdiction to entertain a
6  second or successive petition.  *See* 28 U.S.C. § 2244(b)(3)(A); *Burton*
7  *v. Stewart*, 549 U.S. 147, 157 (2007).  For this reason, the Petition
8  is dismissed.
9       Further, the Court finds that, because Petitioner has not made a
10 substantial showing of the denial of a constitutional right or that
11 the court erred in its procedural ruling, he is not entitled to a
12 certificate of appealability.  *See* 28 U.S.C. § 2253(c)(2); Fed. R.
13 App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack*
14 *v. McDaniel*, 529 U.S. 473, 484 (2000).
15      IT IS SO ORDERED.
16      DATED: December 15, 2015.

                                    _____
                                    VIRGINIA A. PHILLIPS
                                    UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\imartine\AppData\Local\Temp\Domino Web Access\_194_ED15CV02494VAP(PJW)-JONES-Order Dismissing Second and Successive Habeas Corpus Petition.wpd