JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP JONES, | CASE NO. ED CV 15-2494-VAP (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| MR. FIGUEROA, WARDEN, | |
| Respondents. | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 15, 2015 .

*/s/ Virginia A. Phillips*
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\Domino Web Access\62\_194_ED15CV02494VAP(PJW)-JONES-Judgment.wpd